FILED

JAN 3 0 2012

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Aretha Harris, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. **12 0145** |
| | ) | |
| Patrick R. Donahoe, Postmaster General *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint, which is accompanied by an application to proceed *in forma pauperis*. The Court will grant the application and will dismiss the case for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of an action "at any time" the Court determines that it lacks subject matter jurisdiction).

Plaintiff sues the Postmaster General and the Postmaster in Waycross, Georgia, for the alleged mishandling of a certified letter she allegedly sent to Fingerhut Corporation pertaining to a bill. *See* Compl. at 1 & Attachments. The Court lacks subject matter jurisdiction over "[a]ny claim arising out of the loss, miscarriage, or negligent transmission of letters or postal matter." 28 U.S.C. § 2680(b). A separate Order of dismissal accompanies this Memorandum Opinion.

_____
United States District Judge

J. Boasberg

Date: January 23, 2012